**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

IT APPEARING THAT case number 17 cv 1697 was electronically opened in error, therefore

IT IS HEREBY ORDERED that the assignment of 17 cv 1697 shall be vacated and that case number 17 cv 1697 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge Ruben Castillo

Dated at Chicago, Illinois this 3rd day of March, 2017.